IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD LANG,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM J. SCHOUPPE, in his official capacity as Warden, BEAVER COUNTY, doing business as BEAVER COUNTY JAIL, OFFICER WHITE, in their individual capacity, and VERNON KREPPS, in their individual capacity,<br><br>        Defendants. | 2:24-cv-1194<br><br>Hon. J. Nicholas Ranjan<br><br>Magistrate Judge Maureen P. Kelly |

## **MEMORANDUM ORDER**

        This is a prisoner civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

        Currently before the Court is a Report & Recommendation filed by Judge Kelly on May 19, 2025, recommending that the Court grant the motion to dismiss [ECF 12] "and dismiss all claims against Defendants Beaver County, Schouppe, and Krepps" and grant Mr. Lang leave to amend. Judge Kelly further recommended that if Mr. "Lang chooses to proceed with the operative First Amended Complaint . . . that the Court decline to exercise supplemental jurisdiction over the state law claims and dismiss those claims without prejudice to be pursued in state court." ECF 41.

        The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1), objections to the Report & Recommendation were due by June 2, 2025. No objections were filed.

Upon a clear error review of the record of this matter and the Report & Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order.

AND NOW, this 24th day of June, 2025, it is hereby **ORDERED** that Judge Kelly's Report & Recommendation, ECF 41, is **ADOPTED** as the opinion of the Court. Because Mr. Lang has already filed an amended complaint, his second amended complaint [ECF 46] is the operative complaint in this case.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge